The Bank of Utica *v.* Finch.

that it was sufficient if made by his solicitor, who frequently knew more about the facts than the party himself.

---

THE BANK OF UTICA *vs.* FINCH and others.

Rights of a purchaser from a defendant in a foreclosure suit, who purchases after decree *pro confesso.*
Effect of amending bill after the original bill is taken as confessed.

*John Ganson,* for the complainants.

*A. Taber & M. T. Reynolds,* for the defendants.

The CHANCELLOR decided that a person who purchases property from a defendant in a foreclosure suit, after the bill has been taken as confessed against him, takes such property subject to all the rights of the complainant; and is bound by the admission made by such defendant in suffering the bill to be taken as confessed against him. That where an original bill is taken as confessed, and an amended bill is subsequently filed, making other persons parties, the order *pro confesso* is thereby opened.